TOBY SCHECHTER, Appellant, *v.* VICTOR SCHECHTER, Respondent.

Submitted May 23, 1944; decided June 14, 1944.

*Charles Rothenberg* for appellant.

*Nathaniel M. Gallin, Jerome Weinstein* and *Benjamin D. Jackman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER. JJ.